UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 23-54125-WLH |
| | ) | |
| Byung Ho Kang | ) | CHAPTER 13 |
| and Saera Yoo, | ) | |
| | ) | |
| Debtor. | ) | |

## MOTION TO VOLUNTARILY CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7

**COMES NOW** Byung Ho Kang and Saera Yoo, Debtors in the above-styled case, by and through counsel of record and files this Motion to Voluntarily Convert Case from Chapter 13 to a Chapter 7.

This the 12th day of May, 2023.

Presented and submitted by:

_____/s/_____
Soo J. Hong
Georgia Bar No. 129608
Attorney for Debtors
BLEVINS & HONG, P.C.
191 Roswell Street
Marietta, GA 30060
(P) 678-354-2290
(F) 678-981-8413

_____
Byung Ho Kang, Debtor

_____
Saera Yoo, Joint Debtor

Doc ID: a49cfab3416d87644bb479f80e2d79e8535b3285

## CERTIFICATE OF SERVICE

      I certify that true and correct copies of Debtor's Motion to Voluntarily Convert case from Chapter 13 to Chapter 7 have been served upon the following by placing same in an envelope with adequate First Class postage affixed and depositing same in the United States Mail addressed for delivery to:

Byung Ho Kang
Saera Yoo
6495 Creekview Circle
Duluth, GA 30097

And all creditors on the attached matrix.

      I further certify that the following parties were served via the ECF electronic mail/noticing system:

Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Ave, NE
Suite 120
Atlanta, GA 30303

Lawrence Lee Washburn, IV
Wilson Elser Moskowitz Edelman & Dicker
Suite 1400
3348 Peachtree Rd, NE
Atlanta, GA 30326

Doroteya N. Wozinak
James-Bates-Brannan-Groocer-LLP
Suite 1700
3399 Peachtree Rd, NE
Atlanta, GA 30326

This the 12th day of May, 2023.

Respectfully submitted,

_____/s/_____
Soo J. Hong
Georgia Bar No. 129608
Attorney for Debtors

BLEVINS & HONG, P.C.
191 Roswell Street
Marietta, GA 30060
(P) 678-354-2290
(F) 678-981-8413

```
Label Matrix for local noticing          Amex                                  Amex
113E-1                                   P O Box 297871                        P.O. Box 7871
Case 23-54125-wlh                        Fort Lauderdale, FL 33329-7871        Fort Lauderdale, FL 33329
Northern District of Georgia
Atlanta
Tue May 16 07:40:15 EDT 2023

Bank Of America                          (p)BANK OF AMERICA                    Capital One
400 Christiana Road                      PO BOX 982238                         11013 W Broad St
Newark, DE 19702-3208                    EL PASO TX 79998-2238                 Glen Allen, VA 23060-6017


Capital One                              Cba Of Ga Inc                         Cbna
Po Box 85064                             64 Sailors Dr Ste 102                 Po Box 6497
Glen Allen, VA 23058                     Ellijay, GA 30540-3744                Sioux Falls, SD 57117-6497


Citi                                     Citibank Na                           Doe Aidv
Pob 6241                                 Po Box 769006                         1891 Metro Center Dr
Sioux Falls, SD 57117-6241               San Antonio, TX 78245-9006            Reston, VA 20190-5287


Dpt Ed/Aidv                              Goldmansac                            Gs Bank Usa
Po Box 9635                              200 West Street                       Lockbox 6112
Wilkes Barre, PA 18773-9635              New York,, NY 10282-2198              Philadelphia, PA 19170-0001


Soo J. Hong                              James Bates Brannan Groover LLP       (p)JPMORGAN CHASE BANK  N A
Blevins & Hong, PC                       3399 Peachtree RD NE                  BANKRUPTCY MAIL INTAKE TEAM
191 Roswell St.                          Suite 1700                            700 KANSAS LANE FLOOR 01
Marietta, GA 30060-1937                  Atlanta, GA 30326-1151                MONROE LA 71203-4774


Byung Ho Kang                            Metro City Bank                       Metro City Bank
6495 Creekview Circle                    5441 Buford Highway                   5441 Buford Hwy Ne Ste 1
Duluth, GA 30097-5315                    #109                                  Doraville, GA 30340-1168
                                         Atlanta, GA 30340-1168


Syncb/Carecr                             US Bank                               Lawrence Lee Washburn IV
Po Box 981439                            800 Nicollet Mall                     Wilson Elser Moskowitz Edelman & Dicker
El Paso, TX 79998-1439                   Saint Louis, MO 63166                 Suite 1400
                                                                               3348 Peachtree Road, NE
                                                                               Atlanta, GA 30326-1450


Nancy J. Whaley                          Doroteya N. Wozniak                   Saera Yoo
Nancy J. Whaley, Standing Ch. 13 Trustee James-Bates-Brannan-Groover-LLP       6495 Creekview Circle
Suite 120, Truist Plaza Garden Offices   Suite 1700                            Duluth, GA 30097-5315
303 Peachtree Center Avenue              3399 Peachtree Road, NE
Atlanta, GA 30303-1216                   Atlanta, GA 30326-1151
```

           The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
           by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bk Of Amer                     Jpmcb Card                      (d)Jpmcb Card
P O Box 982236                 201 N Walnut St                 301 N Walnut St, Floor 09
El Paso, TX 79998              Wilmington, DE 19801            Wilmington, DE 19801
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Amex                        (u)Fountainhead SBF, LLC        End of Label Matrix
Po Box 297871                                                  Mailable recipients    26
Fort Lauderdale, FL 33329-7871                                 Bypassed recipients     2
                                                               Total                  28
```