UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : |
| | : CASE NO. 23-54125-WLH |
| BYUNG HO KANG and SAERA YOO, | : |
| | : CHAPTER 7 |
| Debtors. | : |
| | : JUDGE HAGENAU |
| | : |
| FOUNTAINHEAD SBF, LLC, | : |
| | : |
| Movant, | : |
| | : **CONTESTED MATTER** |
| vs. | : |
| | : |
| BYUNG HO KANG and SAERA YOO, | : |
| | : |
| Respondents. | : |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that *FOUNTAINHEAD SBF, LLC* has filed *Motion for Order Confirming No Stay in Effect* and related papers with the Court seeking an order confirming the automatic stay does not apply to the Property and denying any imposition of the automatic stay as to Movant.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the **Motion for Order Confirming No Stay in Effect** at **10:30 a.m.** on **June 15, 2023** in Courtroom **1403**, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the

283199528v.1

Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the Motion cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the Motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated: May 19, 2023.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

*/s/ Lawrence Lee Washburn IV*
Lawrence Lee Washburn IV
Georgia Bar No. 562374

283199528v.1

        3348 Peachtree Road NE
        Suite 1400
        Atlanta, GA 30326
        470-419-6650 (main)
        470-419-6651 (facsimile)
        lee.washburn@wilsonelser.com
        *Attorney for Movant*
        *Fountainhead SBF LLC*

283199528v.1

# CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing Notice of Hearing and the Movant's Motion For Order Confirming No Stay In Effect with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

Byung Ho Kang
Saera Yoo
6495 Creekview Circle
Duluth, GA 30097
*Debtors*

Dated: May 19, 2023.

      **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

      */s/ Lawrence Lee Washburn IV*
      Lawrence Lee Washburn IV
      Georgia Bar No. 562374
      3348 Peachtree Road NE
      Suite 1400
      Atlanta, GA 30326
      470-419-6650 (main)
      470-419-6651 (facsimile)
      lee.washburn@wilsonelser.com
      *Attorney for Movant*
      *Fountainhead SBF LLC*