UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-54125-WLH |
| | ) | |
| Byung Ho Kang and | ) | Chapter 7 |
| Saera Yoo, | ) | |
| | ) | |
| Debtors. | ) | |

### STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(a)(1))

I, the undersigned Debtor, hereby certify that during the 60-day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐    I was unemployed; or

☒    I was self-employed; or

☐    I was unable to obtain information.

This the 30th day of May, 2023.

/s/
Byung Ho Kang, Debtor

Submitted by:

/s/
Soo J. Hong
GA Bar No. 129608
Attorney for Debtor
BLEVINS & HONG, PC
191 Roswell Street
Marietta, GA 30060
(P) 678-354-2290
(F) 678-981-8413
bk@cobbcountylaw.com

Doc ID: 8a8de21bae9960473a62d2eca8e768609747206d

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-54125-WLH |
| | ) | |
| Byung Ho Kang and | ) | Chapter 7 |
| Saera Yoo, | ) | |
| | ) | |
| Debtors. | ) | |

### STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(a)(1))

I, the undersigned Debtor, hereby certify that during the 60-day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☒  I was unemployed; or

☐  I was self-employed; or

☐  I was unable to obtain information.

This the 30th day of May, 2023.

/s/
Saera Yoo, Debtor

Submitted by:

/s/
Soo J. Hong
GA Bar No. 129608
Attorney for Debtor
BLEVINS & HONG, PC
191 Roswell Street
Marietta, GA 30060
(P) 678-354-2290
(F) 678-981-8413
bk@cobbcountylaw.com

Doc ID: 3d32406678889fb2d8f23bd0eb22dbaf569ae278