AMENDED

**Fill in this information to identify your case:**

Debtor 1: Byung Ho Kang
  First Name   Middle Name   Last Name

Debtor 2 (Spouse, if filing): Saera Yoo
  First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Northern District of Georgia

Case number (if know): 23-54125-wlh

☑ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.** If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|

**2.1**

FOUNTAINHEAD SBF, LLC
Creditor's Name

c/o WILSON, ELSER , MOSKOWITZ,
Number
EDELMAN & DICKER LLP
Street

3348 Peachtree Rd., NE, Suite 1400

Atlanta    GA      30326
City    State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

6495 Creekview Circle, Duluth, GA 30097 - $835,100.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**

$ 199,132.20    $ 835,100.00    $ 0.00

---

Official Form 106D       Schedule D: Creditors Who Have Claims Secured by Property       page 1 of 2

Debtor  Byung Ho Kang & Saera Yoo    Case number (if known) 23-54125-wlh    AMENDED
        First Name    Middle Name    Last Name

| 2.2 | | Describe the property that secures the claim: | $ 360,690.00 | $ 835,100.00 | $ 0.00 |

Metro City Bank
Creditor's Name

5441 Buford Hwy Ne Ste 1
Number        Street

Doraville    GA    30340
City    State    ZIP Code

6495 Creekview Circle, Duluth, GA 30097 - $835,100.00

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred  06-03-2020

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number  0620

Add the dollar value of your entries in Column A on this page. Write that number here:  $ 559,822.20

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**AMENDED**

**Fill in this information to identify your case:**

Debtor 1: Byung Ho Kang
Debtor 2 (Spouse, if filing): Saera Yoo

United States Bankruptcy Court for the: Northern District of Georgia

Case number (if known): 23-54125-wlh

☑ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7                12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1:   List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: FOUNTAINHEAD SBF, LLC<br>Description of property securing debt: 6495 Creekview Circle | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Creditor's name: Metro City Bank<br>Description of property securing debt: 6495 Creekview Circle | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |

## Part 2:   List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

| Part 3: | **Sign Below** |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✖  /s/ Byung Ho Kang
    Signature of Debtor 1

Date  07/12/2023
      MM/DD/YYYY

✖  /s/ Saera Yoo
    Signature of Debtor 2

Date  07/12/2023
      MM/DD/YYYY

**AMENDED**

**Fill in this information to identify your case:**

Debtor 1: Byung Ho Kang
Debtor 2 (Spouse, if filing): Saera Yoo

United States Bankruptcy Court for the: Northern District of Georgia

Case number: 23-54125-wlh

☑ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

## Part 1: Summarize Your Assets

**Your assets** — Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* .................................................. $835,100.00
   1b. Copy line 62, Total personal property, from *Schedule A/B* ..................................... $0.00
   1c. Copy line 63, Total of all property on *Schedule A/B* ............................................... $835,100.00

## Part 2: Summarize Your Liabilities

**Your liabilities** — Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ $559,822.20

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................. $0.00
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ...................... + $1,260,212.00

   **Your total liabilities**   $1,820,034.20

## Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ............................. $5,000.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ........................................ $5,000.00

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 1 of 2

AMENDED

Debtor 1    Byung Kang & Saera Yoo
        First Name    Middle Name    Last Name

Case number *(if known)* 23-54125-wlh

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
    ☑ Yes

7. **What kind of debt do you have?**

    ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

    $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

    | From Part 4 on *Schedule E/F*, copy the following: | Total claim |
    |---|---|
    | 9a. Domestic support obligations (Copy line 6a.) | $_____ |
    | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ |
    | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ |
    | 9d. Student loans. (Copy line 6f.) | $_____ |
    | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ |
    | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $_____ |
    | 9g. **Total.** Add lines 9a through 9f. | $_____ |

Official Form 106Sum      **Summary of Your Assets and Liabilities and Certain Statistical Information**      page 2 of 2

**AMENDED**

**Fill in this information to identify your case:**

Debtor 1: Byung Ho Kang
First Name    Middle Name    Last Name

Debtor 2: Saera Yoo
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the Northern District of Georgia

Case number: 23-54125-wlh
(If known)

☐ Check if this is an amended filing

# Official Form 106Dec
# Declaration About an Individual Debtor's Schedules     12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ /s/ Byung Ho Kang
Signature of Debtor 1

✗ /s/ Saera Yoo
Signature of Debtor 2

Date 07/12/2023
MM / DD / YYYY

Date 07/12/2023
MM / DD / YYYY

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 23-54125-WLH |
| | ) | |
| Byung Ho Kang and Saera Yoo, | ) | CHAPTER 13 |
| | ) | |
|     Debtors. | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 12th day of July, 2023, I electronically filed the foregoing ***Amendments*** with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

Byung Ho Kang (via email)
Saera Yoo
6495 Creekview Circle
Duluth, GA 30097

Fountainhead SBF, LLC (via email: Lee.Washburn@wilsonelser.com)
Wilson Elser Moskowitz Edelman & Dicker LLP
3348 Peachtree Rd. NE | Suite 1400
Atlanta, GA 30326

And all parties on the attached matrix not participating in the CM/ECF system.

    This the 12th day of July, 2023.

                                                                               Respectfully submitted,

                                                                               ____/s/_____
                                                                               Soo J. Hong
                                                                               Georgia Bar No. 129608
                                                                               Attorney for Debtors

Blevins & Hong, PC
191 Roswell Street
Marietta, GA 30060
678-354-2290
shong@cobbcountylaw.com

```
Label Matrix for local noticing          American Express National Bank, AENB       Amex
113E-1                                   c/o Zwicker and Associates, P.C.           P O Box 297871
Case 23-54125-wlh                        Attorneys/Agents for Creditor              Fort Lauderdale, FL 33329-7871
Northern District of Georgia             P.O. Box 9043
Atlanta                                  Andover, MA 01810-0943
Wed Jul 12 09:57:35 EDT 2023

Amex                                     Bank Of America                            Michael J. Bargar
P.O. Box 7871                            400 Christiana Road                        Rountree Leitman Klein & Geer LLC
Fort Lauderdale, FL 33329                Newark, DE 19702-3208                      Century Plaza I
                                                                                    2987 Clairmont Road, Suite 350
                                                                                    Atlanta, GA 30329-4435

 (p)BANK OF AMERICA                      Capital One                                Capital One
PO BOX 982238                            11013 W Broad St                           Po Box 85064
EL PASO TX 79998-2238                    Glen Allen, VA 23060-6017                  Glen Allen, VA 23058


Capital One N.A.                         Cba Of Ga Inc                              Cbna
by American InfoSource as agent          64 Sailors Dr Ste 102                      Po Box 6497
4515 N Santa Fe Ave                      Ellijay, GA 30540-3744                     Sioux Falls, SD 57117-6497
Oklahoma City, OK 73118-7901


Citi                                     Citibank Na                                Citibank, N.A.
Pob 6241                                 Po Box 769006                              5800 S Corporate Pl
Sioux Falls, SD 57117-6241               San Antonio, TX 78245-9006                 Sioux Falls, SD 57108-5027


Doe Aidv                                 Dpt Ed/Aidv                                Goldmansac
1891 Metro Center Dr                     Po Box 9635                                200 West Street
Reston, VA 20190-5287                    Wilkes Barre, PA 18773-9635                New York,, NY 10282-2198


Gs Bank Usa                              S. Gregory Hays                            Soo J. Hong
Lockbox 6112                             Hays Financial Consulting, LLC             Blevins & Hong, PC
Philadelphia, PA 19170-0001              Suite 555                                  191 Roswell St.
                                         2964 Peachtree Road                        Marietta, GA 30060-1937
                                         Atlanta, GA 30305-4909

James Bates Brannan Groover LLP           (p)JPMORGAN CHASE BANK  N A               Byung Ho Kang
3399 Peachtree RD NE                     BANKRUPTCY MAIL INTAKE TEAM                6495 Creekview Circle
Suite 1700                               700 KANSAS LANE FLOOR 01                   Duluth, GA 30097-5315
Atlanta, GA 30326-1151                   MONROE LA 71203-4774


Ciara Nadelkov Lowe                      Metro City Bank                            Metro City Bank
Wilson Elser Moskowitz Edelman & Dicker, 5441 Buford Highway                        5441 Buford Hwy Ne Ste 1
3348 Peachtree Rd NE, Ste 1400           #109                                       Doraville, GA 30340-1168
Atlanta, GA 30326-1450                   Atlanta, GA 30340-1168


Office of the United States Trustee      Syncb/Carecr                               US Bank
362 Richard Russell Building             Po Box 981439                              800 Nicollet Mall
75 Ted Turner Drive, SW                  El Paso, TX 79998-1439                     Saint Louis, MO 63166
Atlanta, GA 30303-3315
```

```
Verizon                              Lawrence Lee Washburn IV              Doroteya N. Wozniak
by American InfoSource as agent      Wilson Elser Moskowitz Edelman & Dicker  James-Bates-Brannan-Groover-LLP
4515 N Santa Fe Ave                  Suite 1400                            Suite 1700
Oklahoma City, OK 73118-7901         3348 Peachtree Road, NE               3399 Peachtree Road, NE
                                     Atlanta, GA 30326-1450                Atlanta, GA 30326-1151


Saera Yoo
6495 Creekview Circle
Duluth, GA 30097-5315
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bk Of Amer                           Jpmcb Card                            (d)Jpmcb Card
P O Box 982236                       201 N Walnut St                       301 N Walnut St, Floor 09
El Paso, TX 79998                    Wilmington, DE 19801                  Wilmington, DE 19801
```

            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Amex                              (u)Fountainhead SBF, LLC              End of Label Matrix
Po Box 297871                                                              Mailable recipients    33
Fort Lauderdale, FL 33329-7871                                             Bypassed recipients     2
                                                                           Total                  35
```