UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| BYUNG HO KANG and | : | CASE NO. 23-54125-WLH |
| SOO J. HONG, | : | |
| | : | |
| Debtors. | : | |

**REPORT OF SALE**

COMES NOW S. Gregory Hays, the Chapter 7 Trustee in the above-captioned matter, and files this Report of Sale pursuant to Bankruptcy Rule 6004(f), and shows the Court as follows:

1.

On January 25, 2024, the Trustee sold real property of the estate known as 6495 Creekview Circle, Johns Creek, GA 30097 ("**Property**") to Xiaojing Ye and Shuo Yang ("**Purchasers**") for $940,900.00 as ordered and approved by the Court on January 19, 2024 [Doc. No. 51].

2.

Attached hereto as Exhibit "A" is the Seller's Settlement Statement from the sale. The Trustee reports that he has completed the delivery of the Property to the Purchasers and has received net funds of $478,878.24 from the sale.

Respectfully submitted this 26th day of January, 2024.

                                                                    /s
Hays Financial Consulting, LLC           S. Gregory Hays
2964 Peachtree Road, N.W., Suite 555    Chapter 7 Trustee
Atlanta, Georgia 30305
(404) 926-0060
ghays@haysconsulting.net

Exhibit "A"

# Seller's Settlement Statement



**CAMPBELL & BRANNON**
ACRISURE® PARTNER

| | |
|---|---|
| **Settlement Date:** | 01/25/2024 |
| **Disbursement Date:** | 01/25/2024 |
| **Settlement Location:** | 5565 Glenridge Connector, Suite 350, Atlanta, GA 30342 |
| **File Number:** | |
| **Lender:** | United Wholesale Mortgage, LLC |
| **Loan Type:** | Conventional Uninsured |
| **Borrower:** | Xiaojing Ye and Shuo Yang<br>6495 Creekview Circle<br>Johns Creek, GA 30097 |
| **Seller:** | S. Gregory Hays, as and only as Chapter 7 Trustee for the Bankruptcy Estate of Byung Ho Kang and Saera Yoo<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30305 |
| **Property location:** | 6495 Creekview Circle<br>Johns Creek, GA 30097 |
| **Tax Parcel No:** | 11-1080-0385-298-3 |

| | Seller Debit | Seller Credit |
|---|---|---|
| **Financial Consideration** | | |
| Sale Price of Property | | 940,900.00 |
| **Prorations/Adjustments** | | |
| Prorated HOA Dues $275/mo 01/25/24 - 01/31/24 | | 62.10 |
| County Taxes ($7108.97) 01/01/24 - 01/25/24 | 466.16 | |
| **Commissions** | | |
| Commission- Seller's Broker to Harry Norman Realtors | 28,227.00 | |
| **Payoffs** | | |
| Payoff of First Mortgage Loan to Metro City Bank | 425,279.35 | |
| **HOA Charges** | | |
| HOA balance to Bellmoore Park Homeowners Association, Inc. | 7,551.00 | |
| **Miscellaneous Debits/Credits** | | |
| Reimbursement for cleaning to Dan Edward | 415.00 | |
| Water balance to Fulton County Water and Sewer | 145.35 | |
| **Subtotals** | 462,083.86 | 940,962.10 |
| **Balance Due TO Seller** | 478,878.24 | |

## CERTIFICATE OF SERVICE

I, S. Gregory Hays, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **Report of Sale** by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated and upon all the following persona or entities at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Byung Ho Kang
6495 Creekview Circle
Duluth, GA 30097

Saera Yoo
6495 Creekview Circle
Duluth, GA 30097

Soo J. Hong
Blevins & Hong, PC
191 Roswell St.
Marietta, GA 30060

This 26th day of January, 2024.

                                                                /s  *S. Gregory Hays*
                                                               S. Gregory Hays
                                                               Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, Georgia 30305
(404) 926-0060